United States District Court
Southern District of Texas
**ENTERED**
December 18, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ORLANDO GUERRA, | § | |
| *Individually and on behalf of all others* | § | |
| *similarly situated,* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-03097 |
| | § | |
| TORQUED-UP ENERGY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On November 24, 2015, Torqued-Up Energy Services, Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The petition, Case No. 15-60796, was filed in the United States Bankruptcy Court for the Eastern District of Texas. As a result of the bankruptcy filing, this action is stayed with respect to the defendant under 11 U.S.C. § 362. This action is administratively closed during the stay. Either side may move to reinstate the case to the active docket by filing a motion within 14 days after the stay is lifted.

SIGNED on December 18, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge